■ In the Matter of JAMILLA S., a Child Alleged to be
Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL
SERVICES, Respondent; CARMEN H., Appellant. [689 NYS2d 885]
—Appeal unanimously dismissed without costs. Memorandum:
This appeal from an order adjudicating respondent's daughter
to be permanently neglected must be dismissed. Respondent
stipulated to the adjudication of permanent neglect, and "[n]o
appeal lies from an order entered upon the parties' consent
(see, Matter of Unborn Baby B., 158 AD2d 455, 456; see also,
Matter of Gerald H., 158 AD2d 599, 600) because respondent is
not aggrieved thereby (see, CPLR 5511; Family Ct Act § 1118)"
(Matter of Cherilyn P., 192 AD2d 1084, lv denied 82 NY2d 652;
see, Matter of Justin L., 258 AD2d 934). (Appeal from Order of
Erie County Family Court, Townsend, J.—Terminate Parental
Rights.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr.,
and Scudder, JJ.